■ In the Matter of the Arbitration between UNITED FEDERATION OF TEACHERS, LOCAL 2, AMERICAN FEDERATION OF TEACH-

ERS, AFL-CIO, Appellant, and BOARD OF EDUCATION OF CITY SCHOOL DISTRICT OF NEW YORK et al., Respondents. [782 NYS2d 906]—Order and judgment (one paper), Supreme Court, New York County (Shirley Werner Kornreich, J.), entered May 19, 2003, unanimously affirmed for the reasons stated by Kornreich, J., without costs or disbursements. No opinion. Concur—Buckley, P.J., Nardelli, Andrias, Saxe and Lerner, JJ.